UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CLEOFAS WHITE,<br><br>        Petitioner,<br><br>    v.<br><br>TERRI GONZALEZ, Warden,<br><br>        Respondent. | No. EDCV 11-1087-MMM (RCF)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and the Report and Recommendation of United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation.

    ACCORDINGLY, Respondent's Motion to Dismiss the Petition is granted <u>without</u> leave to amend as to claims three and four. The Motion is granted <u>with</u> leave to amend as to claims one and two. Within thirty (30) days of the date of this Order, Petitioner shall file and serve a First Amended Petition. Petitioner is cautioned that failure to respond to this Order by filing a First Amended Petition within the time provided may result in dismissal of the Petition.

DATED: March 8, 2012

                                                  MARGARET M. MORROW
                                                  UNITED STATES DISTRICT JUDGE