UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CLEOFAS WHITE,<br><br>    Petitioner,<br><br>    v.<br><br>TERRI GONZALEZ, Warden,<br><br>    Respondent. | No. EDCV 11-1087-MMM (RCF)<br><br>ORDER TO SHOW CAUSE RE:<br>DISMISSAL OF ACTION |

On July 12, 2011, Petitioner filed a Petition For Writ Of Habeas Corpus. Respondent filed a Motion to Dismiss on September 15, 2011. On January 31, 2012, this Court issued a Report and Recommendation. On March 8, 2012, the District Court issued an Order accepting the Report and Recommendation and granting the Motion to Dismiss without leave to amend with respect to claims three and four.

The District Court granted the Motion to Dismiss with leave to amend with respect to claims one and two, and ordered Petitioner to file and serve a First Amended Petition within thirty days. Petitioner was cautioned that the failure to respond to the Order by filing a First Amended Petition within the time provided might result in dismissal of the Petition.

To date, Petitioner has not filed a First Amended Petition and has not otherwise communicated with the Court. Therefore, he risks dismissal of the action for failure to diligently prosecute and/or failure to comply with the Court's orders.

**ORDER**

Petitioner shall have until May 24, 2012, to file and serve either (1) a First Amended Petition; or (2) a document entitled "Response to Order to Show Cause," setting forth facts establishing cause why this action should not be dismissed for failure to file a First Amended Petition. Petitioner is cautioned that failure to respond to this Order may result in the issuance of a Report and Recommendation recommending dismissal of the action for failure to prosecute and/or failure to comply with a court order. Failure to remedy the deficiencies discussed in the Court's previously filed Report and Recommendation also may result in a recommendation that the action be dismissed.

It is so ordered.

DATED: April 24, 2012

RITA COYNE FEDERMAN
UNITED STATES MAGISTRATE JUDGE

2