UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| CLEOFAS WHITE, | ) | |
| Petitioner, | ) | No. EDCV 11-1087-MMM (RCF) |
| v. | ) | ORDER ACCEPTING REPORT |
| TERRI GONZALEZ, Warden, | ) | REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the all the records in this action, and the Report and Recommendation of United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  July 31, 2012

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE