JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CLEOFAS WHITE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> TERRI GONZALEZ, Warden, ) <br> ) <br> Respondent. ) <br> ) | No. EDCV 11-1087-MMM (RCF) <br><br> JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed in its entirety without prejudice.

DATED: July 31, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE